**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Mayra MARTINEZ–PARRA,
Defendant–Appellant.**

**No. 11–10109.**

United States Court of Appeals,
Ninth Circuit.

Submitted Dec. 19, 2011.*

Filed Jan. 5, 2012.

Keslie Stewart, Office of the U.S. Attorney, Oakland, CA, Barbara Valliere, Assis-

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

634

tant U.S. Attorney, Office of the U.S. Attorney, San Francisco, CA, for Plaintiff–Appellee.

Jerome Matthews, Assistant Federal Public Defender, FPDCA–Federal Public Defender's Office, Oakland, CA, for Defendant–Appellant.

Before: GOODWIN, WALLACE, and McKEOWN, Circuit Judges.

MEMORANDUM **

Mayra Martinez–Parra appeals from the 27–month sentence imposed following her guilty-plea conviction for escape, in violation of 18 U.S.C. § 751(a). We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

Martinez–Parra contends that her fully consecutive sentence is substantively unreasonable. The consecutive sentence is consistent with the Guidelines. *See* U.S.S.G. § 5G1.3(a). In light of the totality of the circumstances and the 18 U.S.C. § 3553(a) sentencing factors, the sentence is substantively reasonable. *See Gall v. United States*, 552 U.S. 38, 51, 128 S.Ct. 586, 169 L.Ed.2d 445 (2007).

**AFFIRMED.**

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).